## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TAPIA, ISRAEL | § | Case No. 11-01179 |
| TAPIA, ORALIA R | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/20/2011 in Courtroom 619,

United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/06/2011           By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 11-01179-JPC
Israel Tapia                                                      Chapter 7
Oralia R Tapia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez          Page 1 of 2          Date Rcvd: Sep 08, 2011
                              Form ID: pdf006       Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2011.
db/jdb        +Israel Tapia,   Oralia R Tapia,   5229 S. Kilpatrick,   Chicago, IL 60632-4930
aty           +George D Lattas,   Chicago Legal,   3833 South Harlem,   Berwyn, IL 60402-3925
tr            +Barry A Chatz,   Arnstein & Lehr,   120 South Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
16665249      +Bank of America,   P O Box 5170,   Simi Valley, CA 93062-5170
16665252       Chase,   Cardmember Services,   P O Box 15298,   Wilmington, DE  19850-5298
16992602       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17035458      +Chase Bank USA, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,
                Dallas, TX 75374-0933
16665253      +Chase Home Finance,   3415 Vision Dr,   Columbus, OH 43219-6009
16665248      +Chicago Legal LLC,   3833 S Harlem Ave,   Berwyn, IL 60402-3925
16954116      +GE Money Bank,   Pob 981470,   El Paso TX 79998-1470
16665255       Goodyear Credit Plan,   PO Box 653054,   Dallas, TX  75265-3054
17156258      +PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
                c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16665259      +Royal Prestige,   Bankruptcy Department,   333 Holtzman Rd,   Madison, WI 53713-2109
16665260       Sears,   Sears Credit Cards,   P O Box 183082,   Columbus, OH  43218-3082
16665246      +Tapia Israel,   5229 S Kilpatrick,   Chicago, IL 60632-4930
16665247      +Tapia Oralia R,   5229 S Kilpatrick,   Chicago, IL 60632-4930
16665261      +Target National Bank,   P O Box 59317,   Minneapolis, MN 55459-0317
16665262       The Room Place,   P O Box 659704,   San Antonio, TX  78265-9704
16665263       Toys R Us And Babies R Us,   PO Box 15298,   Wilmington, DE  19850-5298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17146451       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 09 2011 01:24:10
                American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
16988331       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 09 2011 01:24:11
                American InfoSource LP as agent for WFNNB,   as assignee of,   Harlem Furniture,   PO Box 248872,
                Oklahoma City, OK  73124-8872
16665254       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 09 2011 01:25:01      Discover Card,
                P O Box 15316,   Wilmington, DE  19850
16917362       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 09 2011 01:25:01      Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17306769       E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2011 01:26:58      GE Money Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16665257       E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2011 01:26:59      JC Penney Card,   GE Money Bank,
                P O Box 981131,   El Paso, TX  79998-1131
16665258       E-mail/PDF: cr-bankruptcy@kohls.com Sep 09 2011 01:27:22      Kohls,   P O Box 3043,
                Milwaukee, WI  53201-3043
16665264      +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2011 01:26:58      Walmart,   Bankruptcy Department,
                PO Box 103104,   Roswell, GA 30076-9104
                                                                              TOTAL: 8


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16665250    ##+Best Buy,   Retail Services,   PO Box 15521,   Wilmington, DE 19850-5521
16665251     ##Carson Pirie Scott,   Retail Services,   P O Box 15521,   Wilmington, DE  19850-5521
16665256     ##Guitar Center,   Retail Services,   PO Box 15521,   Wilmington, DE  19850-5521
                                                                              TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: dgomez          Page 2 of 2          Date Rcvd: Sep 08, 2011
                             Form ID: pdf006        Total Noticed: 27

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 10, 2011**                    **Signature:**    _Joseph Speetjens_