# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TAPIA, ISRAEL | § | Case No. 11-01179 |
| TAPIA, ORALIA R | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/BARRY A. CHATZ_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Home Finance 3415 Vision Dr Columbus, OH 43219 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P O Box 5170 Simi Valley, CA  93062 | | | | | |
| | Best Buy Retail Services PO Box 15521 Wilmington, DE 19850 | | | | | |
| | Carson Pirie Scott Retail Services P O Box 15521 Wilmington, DE  19850-5521 | | | | | |
| | Chase Cardmember Services P O Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Cardmember Services P O Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Cardmember Services P O Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Cardmember Services P O Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Cardmember Services P O Box 15298 Wilmington, DE 19850-5298 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Card P O Box 15316 Wilmington, DE  19850 | | | | | |
| | Discover Card P O Box 15316 Wilmington, DE  19850 | | | | | |
| | Goodyear Credit Plan PO Box 653054 Dallas, TX  75265-3054 | | | | | |
| | Guitar Center Retail Services PO Box 15521 Wilmington, DE  19850-5521 | | | | | |
| | JC Penney Card GE Money Bank P O Box 981131 El Paso, TX  79998-1131 | | | | | |
| | Kohls P O Box 3043 Milwaukee, WI  53201-3043 | | | | | |
| | Royal Prestige Bankruptcy Department 333 Holtzman Rd Madison, WI  53713 | | | | | |
| | Sears Sears Credit Cards P O Box 183082 Columbus, OH 43218-3082 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target National Bank P O Box 59317 Minneapolis, MN 55449-0317 | | | | | |
| | The Room Place P O Box 659704 San Antonio, TX 78265-9704 | | | | | |
| | Toys R Us And Babies R Us PO Box 15298 Wilmington, DE  19850-5298 | | | | | |
| | Walmart Bankruptcy Department PO Box 103104 Roswell, GA  30076 | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CITIBANK (SOUTH DAKOTA) , N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |

Document      Page 8 of 13

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DISCOVER BANK | | | | | |
| 000013 | GE MONEY BANK | | | | | |
| 000014 | GE MONEY BANK | | | | | |
| 000015 | GE MONEY BANK | | | | | |
| 000011 | PYOD LLC ASSIGNEE OF CITIBANK, NA | | | | | |
| 000012 | PYOD LLC ASSIGNEE OF CITIBANK, NA | | | | | |
| 000010 | TARGET NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-01179 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | TAPIA, ISRAEL | | | Date Filed (f) or Converted (c): | 01/12/11 (f) |
| | TAPIA, ORALIA R | | | 341(a) Meeting Date: | 02/25/11 |
| For Period Ending: | 05/02/12 | | | Claims Bar Date: | 05/31/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 5229 S Kilpatrick Chicago, IL 60632 | 196,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account | 100.00 | 100.00 | DA | 0.00 | FA |
| 3. Husband's Personal Checking and Savings Account | 200.00 | 200.00 | DA | 0.00 | FA |
| 4. Furniture and Appliances | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 5. 2010 Anticipated Tax Refund | 3,000.00 | 300.00 | DA | 9,135.00 | FA |
| 6. 1999 Chevy Malibu with 115,000 miles | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 7. 2003 Chevy Tahoe with 49,000 miles. | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Westgate Time Share. Debtor does not know actual | 400.00 | 400.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 0.13 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $212,800.00 | $4,000.00 | | $9,135.13 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL CHECKS HAVE CLEARED LEAVING $0 BANK BALANCE; PREPARE TDR.

Initial Projected Date of Final Report (TFR): 09/30/11     Current Projected Date of Final Report (TFR): 12/31/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 16.06a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-01179 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | TAPIA, ISRAEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | TAPIA, ORALIA R | | Account Number / CD #: | *******7455  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0893 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/11/11 | 5 | ISRAEL TAPIA<br>C/O CHICAGO LEGAL LLC<br>3833 SOUTH HARLEM AVENUE<br>BERWYN, IL 60402 | TAX REFUND | 1124-000 | 9,135.00 | | 9,135.00 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 9,135.04 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,135.12 |
| 09/06/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 9,135.13 |
| 09/06/11 | | Transfer to Acct #*******7523 | Final Posting Transfer | 9999-000 | | 9,135.13 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 9,135.13 | 9,135.13 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 9,135.13 | |
| Subtotal | | 9,135.13 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 9,135.13 | 0.00 | |

Page Subtotals        9,135.13        9,135.13

Ver: 16.06a

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-01179 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | TAPIA, ISRAEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | TAPIA, ORALIA R | | Account Number / CD #: | *******7523  BofA - Checking Account |
| Taxpayer ID No: | *******0893 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/06/11 | | Transfer from Acct #*******7455 | Transfer In From MMA Account | 9999-000 | 9,135.13 | | 9,135.13 |
| 10/20/11 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,663.51 | 7,471.62 |
| 10/20/11 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Expenses | 2200-000 | | 57.94 | 7,413.68 |
| 10/20/11 | 003003 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 18.41529% | 7100-000 | | 576.73 | 6,836.95 |
| 10/20/11 | 003004 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000002, Payment 18.41529% | 7100-000 | | 1,365.17 | 5,471.78 |
| 10/20/11 | 003005 | CITIBANK (SOUTH DAKOTA) , N.A.<br>PAYMENT CENTER<br>4740 121ST STREET<br>URBANDALE, IA 50323 | Claim 000003, Payment 18.41548% | 7100-000 | | 1,034.58 | 4,437.20 |
| 10/20/11 | 003006 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000004, Payment 18.41544% | 7100-000 | | 541.39 | 3,895.81 |
| 10/20/11 | 003007 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000005, Payment 18.41652% | 7100-000 | | 23.54 | 3,872.27 |
| 10/20/11 | 003008 | CHASE BANK USA, N.A.<br>PO BOX 15145 | Claim 000006, Payment 18.41546% | 7100-000 | | 466.97 | 3,405.30 |

Page Subtotals      9,135.13      5,729.83

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-01179 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | TAPIA, ISRAEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | TAPIA, ORALIA R | | Account Number / CD #: | *******7523  BofA - Checking Account |
| Taxpayer ID No: | *******0893 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | WILMINGTON, DE 19850-5145 | | | | | |
| 10/20/11 | 003009 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000007, Payment 18.41533% | 7100-000 | | 1,754.85 | 1,650.45 |
| 10/20/11 | 003010 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000008, Payment 18.41542% | 7100-000 | | 713.59 | 936.86 |
| 10/20/11 | 003011 | CHASE BANK USA, N.A.<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX 75374 | Claim 000009, Payment 18.41477% | 7100-000 | | 89.47 | 847.39 |
| 10/20/11 | 003012 | TARGET NATIONAL BANK<br>P.O. BOX 660170<br>DALLAS, TX 75266-0170 | Claim 000010, Payment 18.41555% | 7100-000 | | 354.33 | 493.06 |
| 10/20/11 | 003013 | PYOD LLC AS ASSIGNEE OF CITIBANK, NA<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602- | Claim 000011, Payment 18.41472% | 7100-000 | | 153.10 | 339.96 |
| 10/20/11 | 003014 | PYOD LLC ASSIGNEE OF CITIBANK, NA<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602- | Claim 000012, Payment 18.41586% | 7100-000 | | 154.80 | 185.16 |
| 10/20/11 | 003015 | GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | Claim 000013, Payment 18.41454% | 7100-000 | | 61.72 | 123.44 |
| 10/20/11 | 003016 | GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT | Claim 000014, Payment 18.41637% | 7100-000 | | 66.17 | 57.27 |

Page Subtotals        0.00        3,348.03

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2 Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-01179 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | TAPIA, ISRAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | TAPIA, ORALIA R | Account Number / CD #: | *******7523  BofA - Checking Account |
| Taxpayer ID No: | *******0893 | | |
| For Period Ending: | 05/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/20/11 | 003017 | 25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605<br>GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | Claim 000015, Payment 18.41361% | 7100-000 | | 57.27 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,135.13 | 9,135.13 | 0.00 |
| Less:  Bank Transfers/CD's | 9,135.13 | 0.00 | |
| Subtotal | 0.00 | 9,135.13 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,135.13 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********7455 | 9,135.13 | 0.00 | 0.00 |
| BofA - Checking Account - ********7523 | 0.00 | 9,135.13 | 0.00 |
| | 9,135.13 | 9,135.13 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        57.27

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*